No. 11–5887. J'ERONN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–5891. MILLER v. IN RE APPLICATION · OF COUNTY TREASURER FOR JUDGMENT AND ORDER OF SALE AGAINST LANDS AND LOTS RETURNED DELINQUENT FOR NON-PAYMENT OF GENERAL TAXES AND/OR SPECIAL ASSESSMENT. C. A. 7th Cir. Certiorari denied.

No. 11–5895. COOK v. TEXAS. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 11–5898. WHITE v. SMEREKA ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–5900. STRUJAN v. TEACHERS COLLEGE OF COLUMBIA UNIVERSITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–5902. MINGO v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–5904. STEFFLER v. COURSEY, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. Sup. Ct. Ore. Certiorari denied.

No. 11–5905. RODRIGUEZ-BARRERA v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–5906. REED v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 11–5908. SONG v. GIPSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–5909. ANTHONY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–5913. STEWART v. YATES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5915. RABB v. GEORGIA PACIFIC, LLC, ET AL. C. A. 11th Cir. Certiorari denied.

